MICHEL G. MALTI, Respondent, v. GENERAL MOTORS CORPORATION, Appellant.— Defendant was sued for infringement of what is referred to in the record as Trube patent and circuit. It employed plaintiff to make a research for the purpose of demonstrating that the circuit had been anticipated. The only question involved is as to the time which plaintiff spent in the investigation. The trial court found that he reasonably and necessarily expended 142 hours and was entitled to be paid on that basis at the rate of ten dollars an hour, which was the agreed price. The evidence sustains the finding. Judgment and orders unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of the YONKERS BUS, INC., Appellant, for an Order against MILO R. MALTBIE, Chairman, and Others, Individually and as Public Service Commissioners and as Members of the Public Service Commission of the State of New York, SUBURBAN BUS COMPANY, INC., and CITY OF YONKERS, Respondents.— Petitioner has appealed from an order of the Albany Special Term of the Supreme Court denying its application to restrain the Public Service Commission from proceeding in connection with an application of the Suburban Bus Company, Inc., to operate a bus line and also to declare invalid an ordinance adopted by the common council of the city of Yonkers on the 12th day of December, 1939. The Special Term held that issues of fact are presented which should be tried. Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.